**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |  |
|---|---|---|
| **JESSICA NICHOLS, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **CASE NO. 6:24-CV-429-ADA-DTG** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 31. The report recommends that this Court **DENY-IN-PART** and **GRANT-IN-PART** Defendant's Motion to Dismiss (Dkt. 12). *Id.* at 1, 15. Specifically, Judge Gilliland recommends that the Motion be **DENIED** as to the negligence claim based on a negligent undertaking and be **GRANTED** as to the plaintiffs' negligence per se claim. The report was filed on June 10, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on June 24, 2026. Dkt. 32. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 31), Defendant's objections (Dkt. 32), and the applicable facts and law. After that thorough review, the Court is persuaded that the Magistrate

Judge's findings and recommendations should be adopted.

    **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 31) is **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendant's Objections (Dkt. 32) are **OVERRULED.**

    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt. 12) is hereby **DENIED-IN-PART** and **GRANTED-IN-Part**. Specifically, Defendant's Motion is **DENIED** as to the negligence claim based on a negligent undertaking and be **GRANTED** as to the plaintiffs' negligence per se claim.

    **SIGNED** this 1st day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE